UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 03-20001
                                Honorable David M. Lawson
v.                              Magistrate Judge Elizabeth A. Stafford

TREMAYNE PATRICK BUCKNER,

        Defendant.
_____/

## ORDER OF DETENTION PENDING
## SUPERVISED RELEASED VIOLATION HEARING

Defendant appeared before the Court on August 20, 2015, for an initial appearance on a supervised release violation petition.  The government requested detention pending the supervised release violation hearing before the Honorable David M. Lawson, which is scheduled for September 1, 2015 at 11:00 a.m.  The Court was required to order Buckner detained unless he demonstrated by clear and convincing evidence that he will not flee or pose a danger to any other person or the community.  Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).  The Court found that he did not sustain his burden of demonstrating that he is not a danger to the community because he violated the provision requiring that he not commit another crime twice this year, on May 24 and June 3, 2015.

The June 3 violation is particularly problematic because Buckner fled police who were responding to a call involving domestic violence, and entered an occupied home, leading him to plead no contest to illegal entry without permission and attempted resisting or obstructing a police officer. Of further note, Buckner was twice charged with a felony drug offense within the last year; the charges were dropped when witnesses failed to appear.  These events lead the Court to believe that, while Buckner appeared to be on a good path after he was released from custody in December 2012, his more recent course of conduct belies his argument that he is not a danger to the community.

Accordingly, the Court GRANTS the government's motion for detention pending Buckner's supervised release violation hearing.

**IT IS SO ORDERED.**

Dated: August 21, 2015  s/Elizabeth A. Stafford
Detroit, Michigan  ELIZABETH A. STAFFORD
 United States Magistrate Judge